## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

---

PROGRESSIVE PALOVERDE
INSURANCE CO

CASE NO. 1:25-CV-00360

-vs-

JUDGE DRELL

N T P NAIL SALON L L C ET AL

MAGISTRATE JUDGE PEREZ-MONTES

---

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 29), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Rule 12(b)(6) Motion to Dismiss filed by Defendant Quan Quoc is DENIED.

THUS DONE AND SIGNED at Alexandria, Louisiana this __15th__ day of March 2026.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT